## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Jackson, Andre D | Case Number:  05 B 16572 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/1/08 | Filed:  4/27/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  February 14, 2008

Confirmed:  July 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 11,250.00 | |
| Secured: | | 8,013.43 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,694.00 |
| Trustee Fee: | | 542.57 |
| Other Funds: | | 0.00 |
| Totals: | 11,250.00 | 11,250.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Brookins & Wilson | Administrative | 2,694.00 | 2,694.00 |
| 2. | Beneficial | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 300.00 | 95.39 |
| 4. | Beneficial | Secured | 24,843.43 | 7,918.04 |
| 5. | NCO Financial Systems | Unsecured | 569.20 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 3,770.57 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 2,726.30 | 0.00 |
| 8. | NCO Financial Systems | Unsecured | 455.32 | 0.00 |
| 9. | NCO Financial Systems | Unsecured | 683.02 | 0.00 |
| 10. | NCO Financial Systems | Unsecured | 569.20 | 0.00 |
| 11. | City Of Chicago | Unsecured | 235.88 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 849.63 | 0.00 |
| | | | _____ | _____ |
| | | | $ 37,696.55 | $ 10,707.43 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 67.10 |
| 5.5% | 206.97 |
| 5% | 75.00 |
| 4.8% | 72.00 |
| 5.4% | 121.50 |
| | _____ |
| | $ 542.57 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Jackson, Andre D

Printed:  4/1/08

Case Number:  05 B 16572
Judge:  Wedoff, Eugene R
Filed:  4/27/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

